**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

Attorneys for Plaintiff, MARSHALL LOSKOT

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,**<br><br>        Plaintiff,<br><br>v.<br><br>**FRANCISCO J. GALVAN, dba TACO BARN, AURIGNAC COBBLESTONE LLC,** a California Limited Liability Company, **COBBLESTONE OWNER LLC,** a California Limited Liability Company, **ETZI COBBLESTONE LLC,** a California Limited Liability Company, **SUNBURST COBBLESTONE LLC,** a California Limited Liability Company, **WILSON COBBLESTONE LLC,** a California Limited Liability Company,<br><br>        Defendants. | Case No. 2:12-CV-1508 MCE CMK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

. Plaintiff **MARSHALL LOSKOT** and Defendants **FRANCISCO J. GALVAN, dba TACO BARN, AURIGNAC COBBLESTONE LLC, COBBLESTONE OWNER LLC, ETZI COBBLESTONE LLC, SUNBURST COBBLESTONE LLC, WILSON COBBLESTONE LLC**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

   1.   The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the

above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: August 29, 2012      /s/ Jason K. Singleton
                            Jason K. Singleton, Attorney for Plaintiff,
                            **MARSHALL LOSKOT**

**WELLS, SMALL, FLEHARTY & WEIL**

Dated: August 16, 2012      /s/ Mark A. Vegh
                            Mark A. Vegh, Attorneys for Defendant,
                            **FRANCISCO J. GALVAN, dba TACO BARN**

**DIEHL & REDEWALD**

Dated: August 14, 2012      /s/ Sean N. Nagel
                            Sean N. Nagel, Attorneys for Defendants,
                            **AURIGNAC COBBLESTONE LLC, COBBLESTONE OWNER LLC, ETZI COBBLESTONE LLC, SUNBURST COBBLESTONE LLC, WILSON COBBLESTONE LLC**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT vs GALVAN, et al.</u>, Case Number 12-CV-1508 MCE CMK, is dismissed with prejudice with each party to bear their own attorney fees and costs.

2. The Clerk of the Court is directed to close this case.

Dated: September 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE